IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-cv-00416-RJC-DSC

| | |
|---|---|
| RUBBERMAID INCORPORATED d/b/a <br> RUBBERMAID MEDICAL SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> ERGOTRON, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Kurt J. Niederluecke and Grant D. Fairbairn]" (documents ##12-13) filed September 12, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.    Signed: September 13, 2012

David S. Cayer
United States Magistrate Judge