IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-cv-00416-RJC-DSC

| | |
|---|---|
| RUBBERMAID INCORPORATED d/b/a RUBBERMAID MEDICAL SOLUTIONS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ERGOTRON, INC., | ) ) |
| Defendant. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for David E. Finkelson and Derek H. Swanson]" (documents ##16-17) filed September 21, 2012. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 21, 2012

David S. Cayer
United States Magistrate Judge