UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-416-RJC-DSC

| | |
|---|---|
| RUBBERMAID INC. d/b/a RUBBERMAID MEDICAL SOLUTIONS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ERGOTRON, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**The parties** having complied with the June 25, 2014 order of this Court (Doc. 45) to file a stipulation of dismissal as to all material terms in this case, (Doc. 46), the Court hereby **vacates** its Claim Construction order issued on March 11, 2014. (Doc. 42).

It is so ordered.

Signed: July 28, 2014

Robert J. Conrad, Jr.
United States District Judge